RECEIVED
IN MONROE, LA
MAR 14 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **EDWARD E. HARRIS,** | CIVIL ACTION NO. 04-1052 |
| VERSUS | JUDGE ROBERT G. JAMES |
| **WARDEN, LOUISIANA STATE PENITENTIARY** | MAG. JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the entire record and the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED that Harris' petition for writ of habeas corpus be DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 13 day of March, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE